IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) ANGEL CRUZ-PEREZ<br>(Counts 1, 2, 3)<br>2) ISRAEL RUIZ-QUIÑONES<br>(Counts 1, 2, 3)<br>3) CARLOS J. RODRIGUEZ-LUGO<br>(Counts 1, 2, 3)<br>4) JOSE A. VAZQUEZ-CASTRO<br>(Counts 1, 2, 3)<br>**5) HECTOR COLON-AVILES**<br>(Counts 1, 2, 3)<br>6) LUIS MIGUEL CABALLERO-RUIZ<br>(Counts 1, 2, 3)<br>Defendants | CRIMINAL 06-0210CCC |

# O R D E R

Having considered the Report and Recommendation filed on March 31, 2007 **(docket entry 111)** on a Rule 11 proceeding of co-defendant Héctor Colón-Aviles held before Magistrate Judge Marcos E. López on March 6, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of co-defendant Luis Miguel Caballero-Ruiz is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 30, 2007. The **sentencing hearing is set for June 27, 2007 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on April 9, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge